IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHN SCOTT, ADC #102094**                                                       **PLAINTIFF**

**v.**                          **CASE NO. 4:16CV00189 JLH**

**PATRICK HANDY,** *et al***.**                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of May, 2016.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE